```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF MISSOURI
                     EASTERN DIVISION
```

JULIA NAUNHEIM-HIPPS and        )
JACK HIPPS,                     )
                                )
     Plaintiffs,                )   Case No.:  4:05CV1365 HEA
                                )
vs.                             )
                                )
BECTON, DICKINSON AND COMPANY,  )
                                )
     Defendant.                 )

### STIPULATION FOR DISMISSAL

COMES NOW plaintiffs, by and through their attorneys, and defendant, by and through its attorneys, and pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure, stipulate to the dismissal of this action with prejudice, with each party to bear its own costs.

PEDROLI & GAUTHIER

By: __/s/ Daniel J. Gauthier____
    Daniel J. Gauthier – 27525
    Robert H. Pedroli, Jr. – 7616
    Attorneys for Plaintiff
    7777 Bonhomme Avenue, Suite 2250
    Clayton, MO  63105-1911
    Telephone:  (314)726-1817
    Facsimile:  (314)726-6087

Attorneys for Plaintiffs
Julia Naunheim-Hipps and Jack Hipps

GALLOP, JOHNSON & NEUMAN, L.C.

By: __/s/ Peter J. Barkofske____

David A. Boresi - 2672
Peter J. Barkofske - 9800
101 South Hanley Road
Suite 1700
St. Louis, MO 63105
Telephone:  (314) 615-6000
Facsimile:  (314) 615-6001

and

Duncan Barr, Esq., *pro hac vice*
Kevin Davis, Esq., *pro hac vice*
O'CONNOR, COHN, DILLON & BARR
2405 16th Street
San Francisco, CA 94103
Telephone:  (415) 281-8888
Facsimile:  (415) 503-4117

```
_____
Kevin Davis
O'Connor, Cohn, Dillon & Barr
2405 16th Street
San Francisco, CA  94103
415/281-8888
415/503-4117 (FAX)
```